# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-01565-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION<br><br>(ECF No. 12)<br><br>**APRIL 23, 2025 DEADLINE** |

On December 19, 2024, Plaintiff commenced this action seeking judicial review of a final decision of the Commissioner of Social Security denying an application for social security benefits. (ECF No. 1.) Pursuant to the scheduling order, Plaintiff's opening brief was due 30 days after the filing of the administrative record. (ECF No. 5, p. 2.) The administrative record was lodged on February 18, 2025 (ECF No. 11); thus, Plaintiff's opening brief was due by March 20, 2025. However, neither an opening brief nor request for extension of time were submitted, and on March 21, 2025, the Court issued an order to show cause ordering Plaintiff to show cause in writing why sanctions should not issue. (ECF No. 12.)

On March 24, 2025, Plaintiff timely filed a response to the order to show cause. (ECF No. 13.) In her response, Plaintiff apologizes to the Court and explains that she made a calendaring error. (Id. at p. 3.) Plaintiff then requests a 30-day extension to file her brief and includes a declaration from Plaintiff's attorney that the Commissioner has no objection. (Id. at p. 4.)

Accordingly, the Court HEREBY ORDERS:

1. The March 21, 2025 order to show cause is DISCHARGED (ECF No. 12);
2. Plaintiff shall have through **April 23, 2025**, to file her opening brief in support of reversing, affirming, or modifying the final decision of the Commissioner of Social Security; and
3. The scheduling order otherwise remains controlling.  (ECF No. 5.)

IT IS SO ORDERED.

Dated:   **March 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge